```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

JOHN R. SAUERS, et. al.,        :
                                :   NO. 1:03-CV-00752
        Plaintiffs,             :
                                :   **OPINION AND ORDER**
                                :
    v.                          :
                                :
                                :
CHASE MANHATTAN MORTGAGE        :
CORPORATION, et al.,            :
                                :
        Defendants.

Before the Court is the Plaintiffs' Motion for Reconsideration of Judgment (doc. 73). No opposition was filed to said Motion. Plaintiffs' request the Court to reconsider its Order dated March 30, 2005 in which the Court adopted in the entirety five Report and Recommendations issued by the assigned Magistrate Judge (doc. 70). This matter is currently on appeal before the Sixth Circuit (doc 72). A motion of the nature currently filed by Plaintiffs holds in abeyance the appeal pursuant to Rule 4(a)(4)(A) of the United States Court of Appeals for the Sixth Circuit Rules of Appellate Procedure.

The Court has reviewed this matter in its entirety It has specifically reviewed its Order adopting the assigned Magistrate Judge's Reports and Recommendations to which the Plaintiffs seek reconsideration. Having done so, the Court finds that its decision was correct. Accordingly, the Plaintiffs' Motion for Reconsideration of Judgment (doc. 73) is DENIED. Consequently,

the appeal pending before the Sixth Circuit is no longer held in abeyance.

        SO ORDERED.

Dated: August 18, 2005        s/S. Arthur Spiegel
                                        S. Arthur Spiegel
                                        United States Senior District Judge